# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MICHAEL AUTON**
**ADC #143473**                                                                                              **PLAINTIFF**

V.                                          NO. 3:24-cv-00150-BRW

**WILLIAM F. STRAUGHN,** *et al.*                                                                 **DEFENDANTS**

## ORDER

I have received a Recommendation (Doc. No. 4) from Untied States Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

The objections also contained a request for a temporary restraining order (Doc. No. 5), which is DENIED. The requested injunctive relief is based on new allegations of retaliation by a new ADC officer related to Plaintiff's issues with "known violent gang bangers" – which is not an issue in this case. If Plaintiff wants to pursue a new claim, he must do so in a new case.

Accordingly, the complaint is DISMISSED, without prejudice, based on a failure to state a plausible constitutional claim for relief.

I recommend that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g) and certify that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED, this 30th day of September, 2024.

*Billy Roy Wilson*
UNITED STATES DISTRICT JUDGE
