IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL AUTON
ADC #143473                                                                                           PLAINTIFF

V.                                      NO. 3:24-cv-00150-BRW

WILLIAM F. STRAUGHN, *et al*.                                                                DEFENDANTS

## JUDGMENT

Consistent with today's order, this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 30th day of September, 2024.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE